UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LIONEL GLENN, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4817** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION "B"(4)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lionel Glenn, III's § 1983 claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2) as frivolous, for failure to state a claim for which relief can be granted, and/or and for seeking monetary relief from a defendant who is immune from such relief.

New Orleans, Louisiana, this 11th day of February, 2009.

_____
**UNITED STATES DISTRICT JUDGE**